IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTER DIVISION

**CORPORATE BILLING, INC.,**          )
      Plaintiff,                )
                                )
v.                                    )   Civil Action Number
                                )   **CV-04-C-1034-NE**
**D&D TRANSPORTATION, INC.,**         )
**PILGRIM'S PRIDE, INC.,**            )
**STEVE DAVIS AND REBECCA DAVIS,**    )
                                )
      Defendant.                )

ENTERED AUG 2 3 2004

**FINDINGS OF FACT AND CONCLUSIONS OF LAW TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

This Court makes the following findings of fact:

1. Plaintiff CORPORATE BILLING, INC. properly filed its Complaint in this action on May 19, 2004;

2. Defendant D&D TRANSPORTATION, INC., PILGRIM'S PRIDE, INC., STEVE DAVIS AND REBECCA DAVIS was properly served with the Summons and Complaint in this action on May 24, 2004;

3. Defendant D&D TRANSPORTATION, INC., PILGRIM'S PRIDE, INC., STEVE DAVIS AND REBECCA DAVIS has failed to answer or otherwise plead to the Complaint within the period of time fixed by law;

4. Plaintiff filed a motion for entry of default against Defendant D&D TRANSPORTATION, INC., PILGRIM'S PRIDE, INC., STEVE DAVIS AND REBECCA DAVIS on July 7, 2004;

5. The Clerk of this Court entered default against Defendant D&D TRANSPORTATION, INC.,

PILGRIM'S PRIDE, INC., STEVE DAVIS AND REBECCA DAVIS on July 9, 2004; and

6. Defendant D&D TRANSPORTATION, INC., PILGRIM'S PRIDE, INC., STEVE DAVIS AND REBECCA DAVIS is not an incompetent, infant, or member of the United States Armed Services.

Based on these findings, Plaintiff CORPORATE BILLING, INC. is entitled to judgment as a matter of law.

By separate order, Plaintiff's Motion for Default Judgment will be GRANTED.

DONE this 20th day of August, 2004.

/s/ U.W. Clemon<br>
Chief United States District Judge<br>
U.W. Clemon

2